**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – TUCSON**

| | | |
|---|---|---|
| **U.S. Magistrate Judge:** Lynnette C. Kimmins | **Date:** August 12, 2021 | **SEALED** |
| **USA v. Marcel Escobosa-Encinas** | **Case Number:** CR-21-01738-002-TUC-JCH (DTF) | |

**Assistant U.S. Attorney:** Stefani Kae Hepford
**Attorney for Defendant:** James Smith for Esmeralda Gaxiola, Assistant Federal Public Defender
**Interpreter:** Lucinda Bush - Spanish Interpreter
**Defendant:**  ☒ **Present**  ☒ **Custody -** Defendant consents to the hearing being conducted telephonically.

### INITIAL APPEARANCE
☒ Indictment Filed                                                                    **Date of Arrest:** August 11, 2021
☒ The Court takes judicial notice of the Pretrial Services Report and Indictment and finds defendant qualifies for counsel and appoints Esmeralda Gaxiola with Appointment Type: FPD.
☒ Defendant states true name to be SAME.
   Further proceedings ORDERED in Defendant's true name.
☒ Government's motion for detention and request for a continuance of the Detention Hearing
   pursuant to 18§3142(e) & (f) is   ☒   Granted        ☐   Denied
☒ Defendant shall be temporarily detained in the custody of the United States Marshal pursuant to
   ☒ 18§ 3142(f)   ☐ 18§ 3142(d)

**ARRAIGNMENT/DETENTION HEARING set:** August 17, 2021 at 9:00 AM before Magistrate Judge Rateau in Courtroom 3A.

**Recorded By** Courtsmart                                               IA     0 min
**Deputy Clerk** Cindy Stewart
                                                                          Start:  2:27 pm
                                                                          Stop:   3:34 pm

Copies to: AUSA (S. Hepford), FPD (E. Gaxiola), PTS